No. 25-5459 September Term, 2025

1:24-cv-00639-TJK

Filed On: December 19, 2025 [2151193]

Toby Stover, an individual,

    Appellant

  v.

National Park Service, et al.,

    Appellees

## O R D E R

The notice of appeal was filed on December 18, 2025, and docketed in this court on December 19, 2025. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | January 20, 2026 |
| Docketing Statement Form | January 20, 2026 |
| Entry of Appearance Form (Attorneys Only) | January 20, 2026 |
| Procedural Motions, if any | January 20, 2026 |
| Statement of Intent to Utilize Deferred Joint Appendix | January 20, 2026 |
| Statement of Issues to be Raised | January 20, 2026 |
| Transcript Status Report | January 20, 2026 |
| Underlying Decision from Which Appeal or Petition Arises | January 20, 2026 |
| Dispositive Motions, if any | February 2, 2026 |

It is

**FURTHER ORDERED** that appellees submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | January 20, 2026 |
| Entry of Appearance Form (Attorneys Only) | January 20, 2026 |
| Procedural Motions, if any | January 20, 2026 |
| Dispositive Motions, if any | February 2, 2026 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:　/s/
　　　Emily K. Campbell
　　　Deputy Clerk

The following forms and notices are available on the Court's website:

Civil Docketing Statement Form
Entry of Appearance Form
Transcript Status Report Form
Request to Enter Appellate Mediation Program (Optional)
Notice Concerning Expedition of Appeals and Petitions for Review
Stipulation to be Placed in Stand-By Pool of Cases (Optional)