Case No. 25-5459

_____

# United States Court of Appeals for the District of Columbia Circuit

_____

TOBY STOVER,

                                      Plaintiff-Appellant,

vs.

NATIONAL PARK SERVICE, ET AL

                                      Defendants-Appellees.

_____

**APPELLANT'S STATEMENT OF ISSUES TO BE RAISED**
_____

On Appeal from the U.S. District Court for the District of Columbia
Case No.: 1:24-639 (TJK)
(Hon. Timothy J. Kelly, U.S. District Judge)

_____

**Ray L. Flores II**
**11622 El Camino Real Suite 100**
**San Diego, CA 92130**
**Phone   (858) 367-0397**
**Fax:       (888) 336-4037**
**rayfloreslaw@gmail.com**
**CA State Bar No. 233643**
**DC Circuit Bar No.: 64657**

**APPELLANT'S STATEMENT OF ISSUES TO BE RAISED**

**Statement of Issues:**

**I.** Whether the National Park Service's no-cash policy at approximately 30 venues unlawfully demonetizes U.S. Currency and therefore should be declared unlawful and set aside for violating the Administrative Procedure Act as contrary to law (31 U.S.C. § 5103 Legal Tender Statute).

**II.** Did the District Court err in dismissing Ms. Stover's case against the National Park Service for lack of standing by characterizing her tendering the entrance fee in U.S. Currency as "self-inflicted harm" "of her own making" "that is not a 'real' injury," and determining that "she will not suffer an imminent injury—because she alleges that she "will not" visit Hyde Park so long as the NPS's cashless policy remains in place."

Respectfully submitted,                     Dated: January 6, 2026

/s Ray L. Flores II
Law Offices of Ray L. Flores II
11622 El Camino Real Ste. 100
San Diego, CA 92130
Phone (858) 367-0397
Fax    (888) 336-4037
rayfloreslaw@gmail.com
CA State Bar No.: 233643
DC Circuit Bar No.: 64657

1
**APPELLANT'S STATEMENT OF ISSUES TO BE RAISED**