UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| TOBY STOVER,<br><br>  Plaintiff-Appellant,<br><br>v.<br><br>NATIONAL PARK SERVICE, ET AL.,<br><br>  Defendants-Appellees. | No. 25-5459<br>Civ A. No. 24-0639 |

**CONSENT MOTION TO EXTEND TIME**

Appellees, National Park Service, *et al.*, respectfully move for an extension of time from February 2, 2026, to **February 27, 2026**, to file dispositive motions. Appellant, through counsel, has courteously consented to the relief requested herein.

There is good cause for the extension. First, this case has been recently transferred to a newly appointed Assistant United States Attorney, Samuel Settle, who requires additional time to familiarize himself with this matter and to obtain admission to the U.S. Court of Appeals for the D.C. Circuit. Second, AUSA Settle needs additional time to confer with the Appellees and their agency counsel and prepare an appropriate filing for this Court. Third, AUSA Settle has been assigned 43 cases (not including this one) since joining the U.S. Attorney's Office

less than a month ago, two of which require court appearances in the week immediately preceding the current deadline. Fourth, the additional time is necessary for the government's filing to undergo required agency and supervisory review as required by Department of Justice policy.

This motion is being filed in good faith and not for purposes of delay. No party will be materially prejudiced by the extension requested (indicated by Appellant's consent). This is the Appellees' first request to extend the deadline for its filing.

\* \* \*

For the reasons above, the Court should extend the deadline for the Appellees' dispositive motions to February 27, 2026.

> Respectfully submitted,
>
> JEANINE FERRIS PIRRO
> United States Attorney
>
>    /s/ *Johnny H. Walker, III*
> JOHNNY H. WALKER, III
> Assistant United States Attorney
>
> SAMUEL G. SETTLE
> Assistant United States Attorney
> 601 D Street, N.W.
> Washington, D.C. 20530
> (202) 252-7705
> samuel.settle@usdoj.gov

January 23, 2026

**CERTIFICATE OF SERVICE**

I certify that on January 23, 2026, I caused the foregoing to be served by filing it with the Court's CM/ECF system.

                                                   */s/ Johnny H. Walker, III*
                                                   JOHNNY H. WALKER, III
                                                   Assistant United States Attorney

**CERTIFICATE OF COMPLIANCE**

I certify that this motion has been prepared in 14-point Century Schoolbook, a proportionally spaced font. I further certify that it contains 231 words according to the count of Microsoft Word.

                                                   */s/ Johnny H. Walker, III*
                                                   JOHNNY H. WALKER, III
                                                   Assistant United States Attorney