# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5459**            **September Term, 2025**

1:24-cv-00639-TJK

Filed On: January 28, 2026 [2156323]

Toby Stover, an individual,

     Appellant

    v.

National Park Service, et al.,

     Appellees

## O R D E R

Upon consideration of appellees' consent motion to extend time, it is

**ORDERED** that the motion be granted. Appellees' dispositive motion is now due February 27, 2026.

                                      **FOR THE COURT:**
                                      Clifton B. Cislak, Clerk

                         BY:      /s/
                                      Catherine J. Lavender
                                      Deputy Clerk